IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No:     1:19-cv-00872-MEH          Date:   June 18, 2019
Courtroom Deputy:    Molly Davenport            FTR:    Courtroom A 501

*Parties:*                                        *Counsel:*

CHASE MANUFACTURING, INC.,                       Geoffrey Blue
                                                 Jarod Bona

   Plaintiff,

v.

JOHNS MANVILLE CORPORATION, et al,               Gregory Kerwin
                                                 Richard Cunningham
                                                 Brian Zall

   Defendants.

**COURTROOM MINUTES
MOTION HEARING**

**Court in session:**     **10:41 a.m.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding [18] Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Upon Which Relief Can Be Granted.

For the reasons set forth on the record, it is

**ORDERED:**     The motion is TAKEN UNDER ADVISEMENT with a written ruling expected the first week in July.

**Court in recess:**    **12:35 p.m.**     Hearing concluded.
Total in-court time    01:54

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.