# Exhibit A

## Declaration of David Skelly

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00872-MEH

CHASE MANUFACTURING, INC., d/b/a
THERMAL PIPE SHIELDS,

Plaintiff,

v.

JOHNS MANVILLE CORPORATION,

Defendant.

## DECLARATION OF DAVID C. SKELLY IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

David C. Skelly declares and states as follows:

1. I am over the age of 21 years and have personal knowledge of the facts stated in this Declaration.

2. I work for Johns Manville as its General Manager, Performance Materials. In that role, I oversee Johns Manville's manufacturing and sales of industrial insulation. Johns Manville uses the term "industrial insulation" to refer to insulation materials such as calcium silicate or "calsil," expanded perlite, mineral wool, polyisocyanurate, cellular glass, and aerogel that are used in large industrial facilities such as oil refineries, chemical and power generation plants, and pulp and paper mills.

3. I began working for Johns Manville in 1980 and have worked in the insulation business (including industrial insulation) for 38 years.

4. From my experience overseeing Johns Manville's sales of industrial insulation, I am personally familiar with all aspects of how Johns Manville sells calsil and other types of industrial insulation, including how Johns Manville representatives, along with representatives of other industrial insulation manufacturers, compete to sell their insulation materials through frequent communications with industrial facility owners and the engineering firms and contractors working with them, who decide what industrial insulation materials to install in their facilities.

5. Unless otherwise stated, the facts about the industrial insulation business in the United States that I explain in this Declaration cover the time period since January 1, 2018, which is the time period that I understand TPS contends is relevant to its claims in this lawsuit.

6. Johns Manville sells the majority of its industrial insulation materials, including calsil, to insulation distributors. Nevertheless, Johns Manville sells millions of dollars, on an annual basis, worth of calsil and other industrial insulation directly to contractors in the United States without selling through an insulation distributor.

7. Insulation distributors do not use or install industrial insulation themselves. Instead, insulation distributors re-sell industrial insulation to insulation contractors and facility owners.

8. The owners of industrial facilities where the industrial insulation is used and installed, the engineers that design those insulation systems, and the contractors that install industrial insulation at those industrial facilities, comprise those who consider, evaluate and make the final decisions about what insulation materials to purchase from distributors for their facilities. I refer to the facility owners who own the installed insulation and enjoy the benefits of it, as the

end-users. The contractor installs the insulation material. The engineer is the specifier. The distributors serve as logistics providers.

9. Insulation distributors stock in their warehouses the types and quantities of industrial insulation that the distributors' customers (the contractors, or industrial facility owners) want to purchase. The services that insulation distributors provide to their industrial insulation customers include delivering all of the industrial insulation materials and related accessories to the industrial facility job-site in the quantities and on the delivery dates the contractors or facilities owners request. Some insulation distributors also function as "fabricators," who fabricate insulation materials they purchase into particular sizes, shapes, and configurations that their customers need.

10. In selling its calsil and other types of industrial insulation, Johns Manville representatives frequently communicate directly with the industrial facility owners or their representatives including engineers and contractors, about what type of industrial insulation to select for a particular facility or project, because the facility owner or contractor decides the volume, type, and source of the insulation they purchase from insulation distributors.

11. The type and volume of industrial insulation material that distributors sell depends on the purchasing decisions of the contractors, engineers, and industrial facility owners who purchase, specify, and/or install industrial insulation in industrial facilities.

12. Insulation manufacturers compete with each other in selling industrial insulation in the United States by: a) seeking to have particular distributors stock, promote, and sell the manufacturer's insulation materials; and b) seeking to influence the type of insulation material that contractors and industrial facility owners decide to purchase.

13. For example, a facility owner, design engineer, or insulation contractor planning to install new industrial insulation such as calsil, expanded perlite, mineral wool, polyisocyanurate, cellular glass, or aerogel at an oil refinery typically issues written specifications. The specifications may call for insulation materials using a material's name (i.e. "Johns Manville's Thermo-1200 calcium silicate"), particular ASTM standards (consensus standards established by ASTM International for materials, products, systems, and services; ASTM C533 is the standard specification for calcium silicate block and pipe thermal insulation), or for insulation materials that meet certain design and performance criteria (e.g., thermal efficiency, maximum or minimum application temperature, and/or corrosion requirements). Both before and after the contractor or industrial facility owner issues such written specifications for an industrial project, insulation manufacturers compete with each other to persuade the facility owner, contractor, or engineer to use particular insulation materials, including—potentially—different insulation materials than those called for in the initial written specification.

14. After the industrial facility owner, contractor, or engineer makes a decision on what type of insulation materials to purchase, the facility owner's or contractor's representatives work with an insulation distributor to order the requested insulation materials. The insulation distributors will generate a price for all of the requested materials and coordinate delivery of those materials to the job site per the requested schedule.

15. Johns Manville is a member of the National Insulation Association ("NIA"), a not-for-profit trade association representing contractors, distributors, fabricators, and manufacturers that provide thermal insulation, insulation accessories, and components to the commercial and industrial markets throughout the United States. *See* https://insulation.org/ Attached as Exhibit

4

A-1 is an "Insulation Materials Specification Chart" published by the NIA and posted on its website at https://insulation.org/wp-content/uploads/2018/08/Insulation-Materials-Spec-Chart-Updated-JULY-2018.pdf, which compares and describes the attributes of different types of industrial and commercial insulation materials sold in the United States, including the material properties and performance characteristics.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: August 13, 2020, in Denver, Colorado.

_David C. Skelly_ *(signature)*
David C. Skelly

5