# Exhibit B

## Declaration of Gregory Kerwin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00872-MEH

CHASE MANUFACTURING, INC., d/b/a
THERMAL PIPE SHIELDS,

Plaintiff,

v.

JOHNS MANVILLE CORPORATION,

Defendant.

**DECLARATION OF GREGORY J. KERWIN CONCERNING EVIDENTIARY FOUNDATION FOR DEFENDANT'S EXHIBITS B-1 AND B-2 IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Gregory J. Kerwin, being first duly sworn, declares as follows:

1. I am over the age of eighteen years and have personal knowledge of the facts set forth in this Declaration. If called as a witness in this proceeding, I could competently testify to the facts set forth below.

2. I am a lawyer admitted to practice in Colorado. I have been practicing law since 1984. I am a partner with the Denver office of Gibson, Dunn & Crutcher LLP. This Declaration is not intended to disclose any privileged information concerning Defendant's legal work in this action, and is not intended as a waiver of any applicable privilege. It is only intended to provide a foundation to authenticate the source for four documents I downloaded from Plaintiff's websites and the www.prnewsire.com website on August 14, 2020. Defendant Johns Manville is filing these documents as exhibits with the Court on August 14, 2020 in support of its "Motion For

Partial Summary Judgment Rejecting Plaintiff's Argument To Exclude End-Users Of Insulation From Product Market Relevant To Antitrust Claims."

3. Attached to this Declaration (Exhibit B) are the following documents:

**Exhibit B-1**: Two versions printed on August 14, 2020 of Thermal Pipe Shields' March 7, 2018 news release announcing its sales of calsil.

a. The first version is titled: "Announcing TPSX-12™ & TPSX-12™ WR Calcium Silicate Industrial Insulation From Thermal Pipe Shields," is dated March 7, 2018, and is printed from the: www.prnewswire.com website at: https://www.prnewswire.com/news-releases/announcing-tpsx-12--tpsx-12-wr-calcium-silicate-industrial-insulation-from-thermal-pipe-shields-300609663.html

b. The second version is titled: Announcing TPSX-12™ Water Resistant Calcium Silicate Industrial Insulation From Thermal Pipe Shields," and states it was revised on April 7, 2018, and is printed from Plaintiff's website at: http://calsil-insulation.com/

**Exhibit B-2**: Two documents printed on August 14, 2020 from Plaintiff's website: https://tps-industrial-insulations.com/products/expanded-perlite/ describing the expanded perlite industrial insulation material manufactured by United Perlite Corporation that Plaintiff, Thermal Pipe Shields currently is importing into the United States and selling under the brand name TPS EP-12™:

a. Pages from Plaintiff's website describing the TPS EP-12 expanded perlite material; and

b. The "TPS Industrial" "Industrial Data Sheet-300: 7-20 (Replaces 4-20) describing TPS EP-12™ Expanded Perlite that Plaintiff is now selling.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 14, 2020 at Denver, Colorado.

_____
Gregory J. Kerwin

3