# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00872-MEH

CHASE MANUFACTURING, INC., d/b/a
THERMAL PIPE SHIELDS,

Plaintiff,

v.

JOHNS MANVILLE CORPORATION,

Defendant.

## SUPPLEMENTAL DECLARATION OF DAVID C. SKELLY IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

David C. Skelly declares and states as follows:

1.  I am over the age of 21 years and have personal knowledge of the facts stated in this Declaration. I provide the information in this Declaration to respond to some of the assertions in "Thermal Pipe Shields's Statement of Additional Material Facts" on pages 9-16 of "Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment" dated September 25, 2020, and the accompanying Declaration of David Shong. The facts in this Supplemental Declaration supplement the information I provided to the Court in my August 13, 2020 Declaration, which I understand was filed with the Court as Docket Number ECF 76-1.

2.  I work for Johns Manville as its General Manager, Performance Materials. In that role, I oversee Johns Manville's manufacturing and sales of industrial insulation. Johns Manville uses the term "industrial insulation" to refer to insulation materials such as calcium silicate or "calsil," expanded perlite, mineral wool, polyisocyanurate, cellular glass, and aerogel that are used

in large industrial facilities such as oil refineries, chemical and power generation plants, and pulp and paper mills.

3. I began working for Johns Manville in 1980 and have worked in the insulation business (including industrial insulation) for 38 years.

4. From my experience overseeing Johns Manville's sales of industrial insulation, I am personally familiar with all aspects of how Johns Manville sells calsil and other types of industrial insulation, including how Johns Manville representatives, along with representatives of other industrial insulation manufacturers, compete to sell their insulation materials through frequent communications with industrial facility owners and the engineering firms and contractors working with them, who decide what industrial insulation materials to install in their facilities.

5. Unless otherwise stated, the facts about the industrial insulation business in the United States that I explain in this Declaration cover the time period since January 1, 2018, which is the time period that I understand TPS contends is relevant to its claims in this lawsuit.

**Insulation terms**

6. As explained in Paragraph 2 of my August 13, 2020 Declaration, Johns Manville uses the term "industrial insulation" to refer to insulation materials such as calcium silicate or "calsil," expanded perlite, mineral wool, polyisocyanurate, cellular glass, and aerogel that are used in large industrial facilities such as oil refineries, chemical and power generation plants, and pulp and paper mills. Johns Manville uses the term "commercial insulation," to describe insulation materials that are used in commercial buildings such as office buildings, health care facilities and data centers, which usually have less extreme hot and cold temperatures requiring insulation within the building compared to industrial facilities. Fiberglass pipe insulation is an example of an

insulation material that is frequently used in commercial buildings. Calsil can be installed in commercial buildings but is installed most of the time in industrial facilities.

7. Johns Manville uses the term "mechanical insulation" to refer to the function of insulation, rather than the type of facility or building where it is installed. Thus, mechanical insulation is insulation that is used to reduce heat loss or gain from piping, duct work, equipment, tanks, and vessels. Mechanical insulation is used in both industrial facilities and commercial buildings.

8. In my experience insulation manufacturers, distributors, engineers, contractors, and insulation end-users (industrial facility and commercial building owners) use the terms "industrial insulation" and "commercial insulation," in addition to the term "mechanical insulation." Examples include the following website references:

    a. <u>Distribution International</u> (distributor): "Distribution International offers industrial, commercial, & residential insulation products and accessories . . . ." *See* https://www.distributioninternational.com/126700/category/insulation

    b. <u>Specialty Products & Insulation Co.</u> (distributor): Page describes: "Commercial & Industrial Insulation Products." http://www.spi-co.com/insulation.html

    c. <u>Owens Corning</u> (manufacturer): Page refers to: Commercial, Industrial, and Residential insulation: https://www.owenscorning.com/en-us/insulation

    d. <u>North American Insulation Manufacturers Association (NAIMA)</u> (trade association): NAIMA has a Product Committee called the "Commercial and Industrial" committee: https://insulationinstitute.org/wp-content/uploads/2019/12/Welcome-to-NAIMA-NAIMA057.pdf (pages 4 and 15).

3

I note that Thermal Pipe Shields uses the term "industrial insulation products" on its website to describe the calsil, expanded perlite, and phenolic foam insulation materials it sells: https://tps-industrial-insulations.com/products/

**Direct sales of insulation from distributors to end-user industrial facility owners, and time and materials contracts**

9. Many large industrial facility owners, such as oil companies like ExxonMobil and Phillips 66, enter into blanket material contracts for a specified period of time to purchase large quantities of industrial insulation directly from insulation distributors to obtain a supply of insulation they need for their maintenance and repair work, which work they may do themselves or provide to an installing contractor. Johns Manville hears about such contracts when a distributor contacts Johns Manville to ask it to supply insulation materials for such contracts. These are examples of direct sales of industrial insulation from insulation distributors to end-user facility owners.

10. In addition, Johns Manville sometimes sells insulation materials to distributors or contractors where the contractor sells insulation materials to end-user facility owners under a "time and materials" or "T & M" contract. Under that kind of contractual arrangement, the end-user facility owner purchases the insulation materials from the contractor for an agreed unit price and also pays the contractor for the time that is required to install the insulation plus an agreed upon profit margin. This "time and materials" contractual arrangement works well for maintenance where the scope of work required may be difficult to predict in advance.

11. I described in paragraph 6 of my August 13, 2020 Declaration that Johns Manville sells millions of dollars, on an annual basis, worth of calsil and other industrial insulation directly to contractors in the United States without selling through an insulation distributor. This typically

4

occurs when an insulation contractor knows it will need a large volume of a particular insulation material (e.g., several truck loads or more) and the contractor contacts the manufacturer to negotiate a better price for the material than a distributor might offer.  It works for a manufacturer like Johns Manville to sell directly to a contractor in those circumstances because the logistics for Johns Manville of delivering several truckloads of insulation material to a contractor at an agreed time and location are fairly simple compared to the logistics that distributors provide for a complex project, where contractors require frequent deliveries to a job site, with short lead times, of different sizes of insulation materials and accessories that the distributor keeps in its inventory.

**Industrial facility owners' in-house engineers and insulation specifications**

12. Some large industrial facility owners such as oil and chemical companies have their own "in-house" engineering departments that maintain their own engineering specifications for the industrial insulation these facility owners, or contractors they hire, will acquire or install.  Such specifications serve as an overriding umbrella that guides the design and installation work performed by outside project engineers and contractors, and may reflect a facility owner's preference for particular types of insulation materials.  One well-known example within the industry is ExxonMobil's insulation specifications and practices, which  primarily favor the use of Aspen Aerogels, Inc.'s insulation materials ("aerogel" is an insulation material that is a substitute for, and competes with, calsil).

**Value engineering and changes to specifications to reduce cost**

13. It is common in my experience to see the process of "value engineering" take place after insulation material specifications have been completed for construction or renovation of an industrial facility. Insulation is installed fairly late in the construction process at a time when it may be important for the Engineering, Procurement and Construction (EPC) firm or facility owner to reduce the overall project cost. In a process that people in the industry refer to as "value engineering," an insulation contractor, EPC firm, or facility owner may seek ways to reduce the cost of insulation materials by negotiating changes to the insulation specifications and insulation materials. For example, in response to a request to reduce costs, a contractor may ask to substitute a less expensive, but less durable, insulation material like mineral wool in place of a more expensive, and more durable, insulation material like calsil or expanded perlite. Engineers that the facility owner employs or has hired can approve any agreed changes. Such value engineering may occur during the middle or end of the construction process for a large facility, after the design phase and specifications have been completed, with change orders prepared to modify the contract process.

**Interactions Between Distributors and Contractors**

14. In Johns Manville's experience working with insulation distributors and insulation contractors, we frequently see contractors purchasing industrial insulation materials from multiple distributors so they have alternative sources for the same insulation materials in case they need it (e.g., because of an emergency, one distributor's material shortage, or credit limits on the volume of insulation the distributor is willing to sell to a contractor on credit). Contractors also work with

6

different insulation distributors to create leverage to negotiate favorable pricing on industrial insulation materials through competition among distributors.

15. In Johns Manville's experience, distributors carry and sell the industrial insulation materials that their customers (contractors and facility owner/end-users) want to purchase. Although it can be burdensome for a distributor to carry in its inventory competing brands of the same type of insulation material because of all the different sizes ("SKU's") that customers need, if a distributor's customers request particular types or brands of insulation materials, distributors seek to sell those. For example, for many years the large distributor Distribution International (DI) has carried expanded perlite manufactured by both Johns Manville and Howred Corp. (called "GOODTEMP") at their main Houston, Texas warehouse because DI's customers sought to purchase both types of expanded perlite.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: October 8, 2020, in Denver, Colorado.

*/s/ David C. Skelly*
David C. Skelly