**DEFENDANT'S "DAUBERT" MOTION TO EXCLUDE OPINIONS FROM PLAINTIFF'S RETAINED ECONOMIST FREDERICK WARREN-BOULTON**
**December 6, 2021**
**Civil Action No. 1:19-cv-00872-MEH**

# Defendant's Exhibit 1
# Warren-Boulton 09/27/21 Expert Report
# [Document Restricted Level 1]