**DEFENDANT'S "DAUBERT" MOTION TO EXCLUDE OPINIONS FROM PLAINTIFF'S RETAINED ECONOMIST FREDERICK WARREN-BOULTON**
December 6, 2021
Civil Action No. 1:19-cv-00872-MEH

# Defendant's Exhibit 4
# Expert Report of Mark Israel 11/20/21
# [Document Restricted Level 1]