**DEFENDANT'S "DAUBERT" MOTION TO EXCLUDE OPINIONS FROM
PLAINTIFF'S RETAINED ECONOMIST
FREDERICK WARREN-BOULTON
December 6, 2021
Civil Action No. 1:19-cv-00872-MEH**

# Defendant's Exhibit 7d1
# Shong Depo Ex 114-Shong Resume

## Contact

www.linkedin.com/in/david-shong (LinkedIn)
www.calsil-insulation.com (Company)

## Top Skills

Construction
Concrete
Roofers

## Languages

English (Native or Bilingual)
German (Professional Working)

## Certifications

Certified Insulation Energy Appraiser
Action Selling Certified Instructor

## Honors-Awards

2015 Sales Award- Industrial Territory of the Year- Outstanding Sales Performance

## Publications

Understanding ASTM Test Methods Evaluating Thermal Insulations and Corrosion of Metals

Foam Versus Fill on Infrastructure Projects

Highway reconstruction on soft soils not a problem with geofoam

Understanding Insulation Chemistry Proven to Inhibit Corrosion Under Insulation (CUI)

Remember Building Blocks



# David Shong

President at Thermal Pipe Shields
St George

## Summary

Technical sales professional dedicated to honesty and integrity. I have spent my entire career in the construction materials industry spanning from distribution to manufacturing to contracting and fabrication. This broad base of experience provides personal knowledge regarding the needs of each stakeholder.

## Experience

**Thermal Pipe Shields**
3 years 4 months

President
April 2019 - Present (2 years 3 months)
St George, Utah

Vice President Industrial Business Development & Technical Services
March 2018 - Present (3 years 4 months)
St. George, UT

Fully responsible for the development, launch and execution of a new industrial insulation business venture for Thermal Pipe Shields including all facets of marketing, vendor relations, technical support, pricing matrices and multi-channel development of a nationwide network of mechanical insulation distributors and contractors.

**Industrial Insulation Group, a Johns Manville Company**
Regional Technical Manager
January 2014 - March 2018 (4 years 3 months)
Greater Seattle Area

Responsible for generating comprehensive material/performance specifications for ambient to high-temperature pipe and vessel insulation within industrial, petrochemical and marine projects. Work closely with sales, technical and marketing departments to better position JM specs throughout the Western United States, Canada and Mexico. Provide technical presentations and consulting services to EPC firms, mechanical engineers, insulation contractors, owners and plant MRO personnel to evaluate individual

needs and recommend product formulations and configurations to meet the HSE goals of the application. Partner with Western Regional Sales and Western Canadian Sales Managers along with JM distribution partners to ensure bid results achieve product specification conformity and downstream sales revenue.

### Cell-Crete, Corp.
Northwest Regional Manager
February 2013 - January 2014 (1 year)

Responsible for generating, contracting and overseeing construction projects utilizing lightweight cellular concrete fill in engineered geotechnical applications for infrastructure and commercial building projects. Also consulting with low-slope roofing designers and contractors to provide installed lightweight insulating concrete roof deck applications.

### Insulfoam LLC
10 years 5 months

Geofoam Sales Specialist
January 2010 - February 2013 (3 years 2 months)

Responsible for the west coast of United States, Canada, and Mexico. Provide educational sales presentations to state DOT's, engineering firms, and major infrastructure contractors on the utilization of Geofoam lightweight ground fill and terrain stabilizer. Also responsible for sales training of 10 company employed outside sales people located at 5 different regional manufacturing locations.

Regional Sales Manager
October 2002 - May 2010 (7 years 8 months)

Responsible for all sales for the areas of IA, IL, WI, MI, IN, and St. Louis. Focused on the commercial construction market including roofing, wall, and below grade insulation. Also an expert in the utilization of GeoFoam as a lightweight ground fill and terrain stabilizer.

### The Home Depot
Operations Manager
May 1997 - October 2002 (5 years 6 months)
Multiple

Responsible for all operational employees and departments including front end, book keeping, receiving and special services, P&L responsibility for several stores ranging from $18M-$43M per year in sales. Opened a new



store in Hutchinson, KS and was largely responsible for interviewing, hiring and training process of all new associates.

## Education

Brigham Young University - Idaho
Business Administration and Management, General · (2015 - 2018)

Weber State University
AAS, Technical Sales · (1994 - 1996)