**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**DISMISSING ALL PLAINTIFF'S CLAIMS**
**February 1, 2022**
**Civil Action No. 1:19-cv-00872-MEH**

# Defendant's Exhibit 1-B
# Supporting Evidence Cited by TPS in Its Second Supplemental Interrogatory Responses
# [Document Restricted Level 1]