**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**DISMISSING ALL PLAINTIFF'S CLAIMS**
**February 1, 2022**
**Civil Action No. 1:19-cv-00872-MEH**
# Defendant's Exhibit 3-B
# Jeffrey Heckman 08/19/21-Excerpts

Jeffrey Heckman
August 19, 2021

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00872-MEH
_____

VIDEOTAPE DEPOSITION OF
JEFFREY HECKMAN - August 19, 2021
via RemoteDepo
_____

CHASE MANUFACTURING, INC.,
d/b/a THERMAL PIPE SHIELDS,

Plaintiff,

v.

JOHNS MANVILLE CORPORATION,

Defendant.

_____


          PURSUANT TO NOTICE, the videotape
deposition of JEFFREY HECKMAN was taken on behalf of
the Defendant by remote means, on August 19, 2021, at
9:02 a.m., before Shannon Clementi, Registered
Professional Reporter, Colorado Realtime Certified
Reporter and Notary Public, appearing remotely from
Arapahoe County, Colorado.

Jeffrey Heckman
August 19, 2021

```
 1                    REMOTE APPEARANCES

 2    For the Plaintiff:

 3             LUKE HASSKAMP, ESQ.
              ALEXANDRA H. SHEAR, ESQ.
 4             JAMES LERNER, ESQ.
              Bona Law PC
 5             375 Park Avenue, Suite 2607
              New York, New York 10152
 6             luke.hasskamp@bonalawpc.com
              alex.shear@bonalawpc.com
 7             james.lerner@bonalawpc.com

 8
      For the Defendant:
 9
              GREGORY J. KERWIN, ESQ.
10             ALLISON KOSTECKA, ESQ.
              LYDIA LULKIN, ESQ.
11             Gibson, Dunn & Crutcher LLP
              1801 California Street, Suite 4200
12             Denver, Colorado 80202-2642
              gkerwin@gibsondunn.com
13             akostecka@gibsondunn.com
              llulkin@gibsondunn.com
14

15    Also Present:

16             Dustin Lamb, Videographer

17

18

19

20

21

22

23

24

25
```

Jeffrey Heckman
August 19, 2021

```
1                    I N D E X

2    EXAMINATION OF JEFFREY HECKMAN:              PAGE

3      BY MR. KERWIN                                8

4
                                              INITIAL
5    DEPOSITION EXHIBITS:                      REFERENCE

6    Exhibit 145 Email exchange                   204

7    Exhibit 146 Email exchange                   210

8    Exhibit 147 Email exchange                   223

9    Exhibit 148 Email exchange                   230

10   Exhibit 149 Binding Agreement between Mr. Zhong    244
                 and Mr. Heckman for the exclusive USA
11               distribution rights of all forms of
                 BEC calcium silicate by Thermal Pipe
12               Shields, dated 3/1/18

13   Exhibit 150 Email exchange                   248

14   Exhibit 151 Email exchange                   252

15   Exhibit 152 Exclusive Distributor Agreement dated    257
                 5/30/18
16
     Exhibit 153 Email exchange                   261
17
     Exhibit 154 Printout of text message         263
18
     Exhibit 155 Email exchange                   267
19
     Exhibit 156 Printout of text message         273
20
     Exhibit 157 Distributor Agreement dated 6/18/20    275
21
     Exhibit 158 Email exchange                   275
22

23

24

25
```

Jeffrey Heckman
August 19, 2021

```
1   DEPOSITION EXHIBITS  (Previously marked)

2   Exhibit 5   Email exchange                       241

3   Exhibit 6   Calsil Insulation Product Launch     179
                Announcement
4
    Exhibit 21  Email exchange                       265
5
    Exhibit 23  Email exchange                       271
6
    Exhibit 41  Judgment in a Criminal Case          295
7
    Exhibit 42  Plea Agreement                       292
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Jeffrey Heckman
August 19, 2021

1          WHEREUPON, the following proceedings

2   were taken pursuant to the Federal Rules of Civil

3   Procedure.

4              *      *      *      *      *

5          THE VIDEOGRAPHER:  We are now on the

6   record.  Participants should be aware that this

7   proceeding is being recorded, and as such, all

8   conversations held will be recorded unless there is a

9   request and agreement to go off the record.  Private

10  conversations and/or attorney-client interactions

11  should be held outside the presence of the remote

12  interface.

13          For the purpose of creating a witness-only

14  video recording, the witness is being spotlighted or

15  locked on all video screens while in speaker view.  We

16  ask that the witness not remove the spotlight setting

17  during the deposition as it may cause other

18  participants to appear on the final video rather than

19  just the witness.

20          For anyone who doesn't want the witness's

21  video to take up the large part of your screen, you may

22  click the "Gallery View" button in the upper right-hand

23  corner of the remote depo interface.

24          This is the remote video-recorded

25  deposition of Jeffrey Heckman, being taken by counsel

Jeffrey Heckman
August 19, 2021

```
 1  for the defendant.  Today is Thursday, August 19, 2021.
 2  The time is now 3:02 p.m. UTC, 9:02 a.m. Mountain.  We
 3  are here in the matter of Chase Manufacturing,
 4  Inc. versus Johns Manville Corporation.
 5                 My name is Dustin Lamb, remote video
 6  technician on behalf of U.S. Legal Support.  I am not
 7  related to any party in this action, nor am I
 8  financially interested in the outcome.
 9                 At this time will the reporter, Shannon
10  Clementi, on behalf of U.S. Legal Support, please enter
11  the statement for remote proceedings into the record.
12                 THE REPORTER:  One moment.
13                 The attorneys participating in this
14  deposition acknowledge that I am not physically present
15  in the deposition room and that I will be reporting
16  this deposition remotely.  They further acknowledge
17  that in lieu of an oath administered in person, the
18  witness will verbally declare his testimony in this
19  matter is under penalty of perjury.
20                 The parties and their counsel consent to
21  this arrangement and waive any objections to this
22  manner of reporting.  Please indicate your agreement by
23  stating your name and agreement on the record.
24                 MR. HASSKAMP:  Luke Hasskamp for the
25  plaintiff agrees.
```

Jeffrey Heckman
August 19, 2021

1              MR. KERWIN:  And Greg Kerwin, representing

2    the defendant, Johns Manville Corporation, also agrees

3    on behalf of our client.

4                        JEFFREY HECKMAN,

5    having been first duly sworn to state the whole truth,

6    testified as follows:

7              (Deponent's reply to oath:  Yes, I do.)

8              THE WITNESS:  I have a question before we

9    start.  How do I -- Dustin, how do I make it so I don't

10   have to look at myself, like look at Mr. Kerwin, if

11   possible?

12             (Discussion off the record.)

13             THE VIDEOGRAPHER:  Off the record.  The

14   time is 3:07 p.m. UTC, 9:07 a.m. Mountain.

15             (Recess taken, 9:07 a.m. to 9:18 a.m.)

16             THE VIDEOGRAPHER:  We are back on the

17   record.  The time is 3:18 p.m. UTC, 9:18 a.m. Mountain.

18             MR. KERWIN:  I think we need to take

19   appearances of counsel, but I think Mr. Heckman was

20   sworn in.  We took a brief interruption to try to work

21   out some technical details on Zoom.

22             Mr. Hasskamp, do you want to introduce

23   counsel for Thermal Pipe Shields?

24             MR. HASSKAMP:  Yes.  Thanks, Mr. Kerwin.

25             So appearing on behalf of plaintiff is

Jeffrey Heckman
August 19, 2021

1  myself, Luke Hasskamp, and my colleagues James Lerner

2  and Alex Shear.

3            MR. KERWIN:  And appearing for defendant,

4  Johns Manville Corporation, is myself, Gregory Kerwin,

5  joined by my colleagues, Allison Kostecka and Lydia

6  Lulkin.

7            And with that, I think we're ready to get

8  started.

9                      EXAMINATION

10 BY MR. KERWIN:

11      Q.   Good morning, Mr. Heckman.  Could you

12 state your name and address, please.

13      A.   Jeffrey Charles Heckman.  4319 40th Avenue

14 Northwest, Stanwood, Washington.

15      Q.   And are you testifying from your home

16 today by Zoom?

17      A.   I am.

18      Q.   And is that your home address you just

19 gave us?

20      A.   Yeah, I actually made a mistake on that.

21           So it's -- I'll go with the old address.

22 They just recently changed our address.  So let's go

23 with 28920 40th Avenue Northwest, Stanwood, Washington

24 98292.

25      Q.   And I'm sorry, I'm the one that's got this

Jeffrey Heckman
August 19, 2021

```
1              A.   I do not know who those people are.

2              Q.   Okay.  And then beginning on page 2, David

3    Shong wrote to you on January 3rd, 2018 at 1:00 p.m.:

4                   "Jeff,

5                    "Thanks for your patience and

6                   willingness to provide the sample box.

7                   Here are the test reports from what we

8                   were able to run.  Everything we have

9                   tested passed the ASTM C5339 minimum

10                  requirements."

11                  And then he tells you:

12                   "See below for my nagging to get this

13                  for you...."

14                  So perhaps Mr. Shong was wanting you to

15   see his communications to make the testing happen.

16                  Do you see that?

17             A.   Yes.

18             Q.   So does this refresh your recollection

19   that you would have received the test results that

20   David Shong of Johns Manville arranged on the BEC

21   calsil on January 3, 2018?

22             A.   I know that I received them, and I believe

23   that it must have come in this email.

24             Q.   Okay.  And now let's look at page 1.

25                  So your response within about an hour and
```

Jeffrey Heckman
August 19, 2021

1  a half on January 3rd was to thank Mr. Shong for the

2  test results, say that it's "great news that we passed

3  ASTM C533," but then you note that:

4           ...."the two tests that I really wanted to

5           see were missing -- crystalline silica (EJ

6           Bartell's tested this a decade ago and it

7           fared better than USA IIG)" and

8           "- compressive strength (this test is

9           especially important to me because of the

10          nature of what we do with it)

11          "Any chance that these tests are

12          available?"

13          Do you see that?

14     A.   I do.

15     Q.   So you also wanted to know Johns

16  Manville's testing of the BEC calcium silicate for

17  crystalline silica and for compressive strength, right?

18     A.   True.

19     Q.   And you know that the silica test is very

20  important -- is it for OSHA safety standards within the

21  United States?

22     A.   That's my understanding, yes.

23     Q.   And does it go to what workers could

24  breathe in accidentally if they're working around dust

25  created from the calsil?

Jeffrey Heckman
August 19, 2021

1          A.   I think that's the nature of OSHA's

2   concern, yes.

3          Q.   Okay.  And then you cared about

4   compressive strength.  Was that because of your use in

5   the insulated pipe reports?

6          Or you say it's "because of the nature of

7   what we want to do with it."  What did you have in mind

8   on compressive strength?

9          A.   Yeah.  That is 100 percent for sure about

10  the insulated pipe supports being able to withstand

11  huge amounts of weight and compressive strength, yes.

12          The supports --

13          Q.   In the pipe support doughnuts that you

14  create, the pipe is literally sitting right on the

15  calcium silicate, correct?

16          A.   Yes.  Compressive strength is important.

17  That's what I was referring to.

18          Q.   Okay.  And then you close this January

19  3rd, 2018 email to David Shong by saying:

20              "You are a great dude and I hope that

21              our paths cross soon!"

22          Do you see that?

23          A.   I do.

24          Q.   So at this point you had met Mr. Shong at

25  the golf tournament near Bend, Oregon, and he had also

1                    REPORTER'S CERTIFICATE

2    STATE OF COLORADO          )
                                )  ss.
3    CITY AND COUNTY OF DENVER  )

4              I, Shannon Clementi, Registered
     Professional Reporter, Colorado Realtime Certified
5    Reporter and Notary Public ID 20004025632, State of
     Colorado, do hereby certify that previous to the
6    commencement of the examination, the said
     JEFFREY HECKMAN verbally declared his/her testimony in
7    this matter is under penalty of perjury; that the said
     deposition was taken in machine shorthand by me at the
8    time and place aforesaid and was thereafter reduced to
     typewritten form; that the foregoing is a true
9    transcript of the questions asked, testimony given, and
     proceedings had.

10

11             I further certify that I am not employed
     by, related to, nor of counsel for any of the parties
     herein, nor otherwise interested in the outcome of this
12   litigation.

13             IN WITNESS WHEREOF, I have affixed my
     signature this __15th__ day of ___September___, 2021.

14

15             My commission expires June 8, 2025.

16

     __X__ Reading and Signing was requested.
17

     _____ Reading and Signing was waived.
18

     _____ Reading and Signing is not required.
19
                    _____
20                  Shannon Clementi
                    Registered Professional Reporter
21                  Colorado Realtime Certified Reporter

22

23

24

25