**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**DISMISSING ALL PLAINTIFF'S CLAIMS**
**February 1, 2022**
**Civil Action No. 1:19-cv-00872-MEH**

# Defendant's Exhibit 4-A

# Declaration of David Skelly 01/29/22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00872-MEH

CHASE MANUFACTURING, INC., d/b/a
THERMAL PIPE SHIELDS,

Plaintiff,

v.

JOHNS MANVILLE CORPORATION,

Defendant.

**DECLARATION OF DAVID C. SKELLY IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

David C. Skelly declares and states as follows:

1. I am over the age of 21 years and have personal knowledge of the facts stated in this Declaration.

2. I work for Johns Manville. From September 2018 until present, I have worked as its General Manager, Performance Materials. In September 2021, my successor was named in anticipation of my upcoming planned retirement from Johns Manville. Since that time, my successor and I have worked together in a shared General Manager role. I began working for Johns Manville in 1980 and have worked in the insulation business (including industrial insulation) for 40 years. In my role as General Manager, Performance Materials, I am responsible for overseeing Johns Manville's manufacturing and sales of both industrial and commercial insulation, as well as other insulation materials. Johns Manville uses the term "industrial insulation" to refer to

insulation materials such as calcium silicate, expanded perlite, mineral wool, high-temperature thin blankets, cellular glass, and aerogel, which are used in large industrial facilities such as oil refineries, chemical and power generation plants, and pulp and paper mills. "Commercial insulation" refers to insulation materials typically installed in commercial buildings such as hospitals, office buildings, factories, and apartment buildings, and includes fiberglass pipe insulation.

3. I provide the information below to rebut the allegations from Thermal Pipe Shields in this lawsuit that Johns Manville entered into unlawful exclusive dealing arrangements with insulation distributors and contractors in connection with the sale of high-temperature industrial insulation in the United States. This information covers the time period that I understand is relevant to the claims in this lawsuit, from January 2018 to the present for Johns Manville's sales of industrial and commercial insulation materials in the United States.

4. When Johns Manville agrees to sell its industrial and commercial insulation materials and related products to customers at particular locations in the United States including insulation distributors and contractors, it does not enter into any written agreement, such as a distributor agreement, to govern all sales transactions between Johns Manville and each customer. Instead, each order a customer places with Johns Manville becomes a separate enforceable sales agreement.

5. When Johns Manville agrees to sell its insulation materials to a particular customer's warehouse or business location, Johns Manville personnel check the customer's credit and set up an account for the customer with billing and delivery information in Johns Manville's SAP accounting system. If Johns Manville agrees through negotiations with customers to provide

2

a discount off of its list prices for what we call "day to day" pricing, the amount of the agreed discount for each item is entered into our SAP system and typically also confirmed with the customer in a pricing letter sent to the customer. Sometimes Johns Manville provides additional discounts to customers for inquiries about large projects, which it typically confirms in a written job quote.

6. Once a customer account is set up in Johns Manville's SAP system, the customer can place individual orders for materials as long as it is in good credit standing with Johns Manville. In response to a customer's order, Johns Manville Customer Service prepares a document called a Sales Order Confirmation, which confirms the date of the order, the materials ordered, the cost, and the delivery location. The Sales Order Confirmation to a customer does not place any limitation on the customer's ability to order any materials from a Johns Manville competitor at any time.

7. Two of Johns Manville's largest insulation distributor customers have requested that Johns Manville provide them rebates or similar volume-related discounts for their purchases of high-temperature industrial insulation: Distribution International and Specialty Products and Insulation. In response to those requests, Johns Manville has entered into written agreements from time to time with those two entities to memorialize the parties' agreement on such rebates or discounts. I understand Johns Manville's counsel have produced copies of those confidential agreements to counsel for Thermal Pipe Shields.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: January 29, 2022, in Keswick, Virginia.

*David C. Skelly* (signature)

David C. Skelly

4