**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT DISMISSING ALL PLAINTIFF'S CLAIMS**

February 22, 2022

Civil Action No. 1:19-cv-00872-MEH

**PLAINTIFF'S EXHIBIT 1**

**Documents Produced by JM**

**[Document Restricted Level 1]**