# PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT DISMISSING ALL PLAINTIFF'S CLAIMS

February 22, 2022

Civil Action No. 1:19-cv-00872-MEH

## PLAINTIFF'S EXHIBIT 12

**Email From Alex Shear To The Honorable Judge Hegarty dated November 20, 2019**

| | |
|---|---|
| **From:** | Alex Shear |
| **Sent:** | Wednesday, November 20, 2019 4:03 PM |
| **To:** | hegarty_chambers@cod.uscourts.gov |
| **Cc:** | gkerwin@gibsondunn.com; akostecka@gibsondunn.com; Jarod Bona; Geoff Blue |
| **Subject:** | 1:19-cv-00872-MEH; Chase Manufacturing, Inc., d/b/a Thermal Pipe Shields v. Johns Manville Corp. |
| **Attachments:** | Redline - Dkt. 30 against Dkt. 1.pdf; Lorain Journal Co. v. United States, 342 U.S. 143 (1951).pdf; In re Pool Corp. Decision and Order.pdf |

Dear Judge Hegarty:

Pursuant to Your Honor's request at yesterday's hearing, please find attached:

1. a redline of Dkt. 30 (First Amended Complaint) against Dkt. 1 (Complaint);
2. a copy of Lorain Journal v. United States, 342 U.S. 143 (1951); and
3. a copy of the consent decree in In re Pool Corporation, available at: https://www.ftc.gov/enforcement/cases-proceedings/1010115/pool-corporation (second link).

Kind regards,



**Alex Shear** | **Partner**
(office) 212.634.6861 | (mobile) 917.561.0258
businessjustice.com
375 Park Avenue, Suite 2607 | New York, NY 10152