# PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

March 22, 2022

Civil Action No. 1:19-cv-00872-MEH

## PLAINTIFF'S EXHIBIT 3

Excerpts of the Deposition Transcript of Jack Bittner, taken August 26, 2021

**[Document Restricted Level 1]**

Jack Bittner
August 26, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00872-MEH

---

VIDEO-RECORDED DEPOSITION OF:   JACK BITTNER
                                August 26, 2021

---

CHASE MANUFACTURING, INC. d/b/a THERMAL PIPE SHIELDS,

Plaintiff,

v.

JOHNS MANVILLE CORPORATION,

Defendant.

---

PURSUANT TO NOTICE, the video-recorded deposition of JACK BITTNER was taken on behalf of the Plaintiff at 1801 California Street, Suite 4100, Denver, Colorado 80202, on August 26, 2021, at 8:11 a.m., before Deborah A. VanDemark, Registered Professional Reporter and Notary Public within Colorado.

Jack Bittner
August 26, 2021

1              A P P E A R A N C E S

2
   For the Plaintiff:
3
           LUKE HASSKAMP, ESQ.
4          Bona Law, P.C.
           4275 Executive Square
5          Suite 200
           La Jolla, California   92037
6          Phone:  858-964-4589
           Email:  luke.hasskamp@bonalawpc.com
7          (Appearing by RemoteDepo)
   and
8          GEOFFREY N. BLUE, ESQ.
           Gessler Blue, LLC
9          7350 East Progress Place
           Suite 100
10         Greenwood Village, Colorado   80111
           Phone:  720-647-5320
11         Email:  gblue@gesslerblue.com

12
   For the Defendant:
13
           ALLISON KOSTECKA, ESQ.
14         GREGORY J. KERWIN, ESQ.
           Gibson Dunn & Crutcher, LLP
15         1801 California Street
           Suite 4200
16         Denver, Colorado   80202
           Phone:  303-298-5700
17         Email:  akostecka@gibsondunn.com
           Email:  gkerwin@gibsondunn.com
18

19 Also Present:

20         Michael Banks, Videographer
           Brian Zall
21

22

23

24

25

Jack Bittner
August 26, 2021

1  aside.
2              MR. HASSKAMP:  Mr. Blue, if you would
3  distribute JM00099615, which is a PowerPoint slide,
4  and I will mark this Exhibit 215.
5              (Deposition Exhibit 215 was marked.)
6       Q.   (BY MR. HASSKAMP)  It's a big document.
7  So you can take your time to review it first, you
8  know, however much time you need.  I'm going to ask
9  some general questions about it.
10             MR. HASSKAMP:  I will -- Allison,
11  Ms. Kostecka, I'll represent to you that this is an
12  incomplete version of this document.  I think the --
13  the actual file was in excess of 250 slides.  So I
14  omitted approximately 200 slides from the deck as it
15  was produced, you know, for your information and to
16  the extent you want to state any objections to that.
17  The only alterations I made were omitting slides I
18  felt were not relevant to our conversation or not
19  needed for context.  But -- but, yeah, I wanted to
20  give you a heads-up on that, and we can talk about it
21  if necessary.
22             MS. KOSTECKA:  Just restate the Bates
23  ID.
24             MR. HASSKAMP:  Yeah, it's JM00099615.
25       A.   Okay.

Jack Bittner
August 26, 2021

1     Q.  (BY MR. HASSKAMP)  Okay.  Thanks for
2  wading through that.  So do you remember this
3  presentation to the Industrial Product Information
4  Workshop or at that workshop?
5     A.  Yes.
6     Q.  Okay.  What is the IPIW?
7     A.  Industrial Product Information
8  Workshop.
9     Q.  Okay.  Is that an internal Johns
10 Manville-only event, or is that open to some of these
11 third parties that you had discussed earlier today?
12    A.  It's open to third parties,
13 contractors --
14    Q.  Okay.
15    A.  -- distributors, owners.
16    Q.  Okay.  So you said you looked at them.
17 Do you recognize these slides?
18    A.  Yes.
19    Q.  Okay.  On -- on page 3 of this, the
20 slide with the agenda --
21    A.  Yes.
22    Q.  Do you understand that?  What -- is
23 that agenda accurate to represent what was presented
24 during the workshop?
25    A.  Yes.

Jack Bittner
August 26, 2021

1   Q.  Okay.  And the next page is --
2   identifies "IPIW Faculty."
3   A.  Yes.
4   Q.  And so you are one of the faculty
5   members who presented during the workshop, right?
6   A.  Yes.
7   Q.  Okay.  And then if you can flip to --
8   it's the -- I believe it's the 31st slide.  So I think
9   it may be in the middle of this document.  It has a --
10  a slide with Thermo-1200 Benefits.
11  A.  Yes.
12  Q.  Okay.  Do you understand these to be
13  some of the advantages or benefits of calcium silicate
14  as an industrial insulation product?
15  A.  Yes.
16  Q.  Can you explain what the last bullet
17  means, the "hedge against future labor shortages and
18  material increases"?
19  A.  That's related to the one above it,
20  "the lifespan may exceed 25 years."  If you have to
21  replace an insulation in the future, every five years,
22  every seven years, whatever it is, you don't know what
23  the material is going to cost then.  It could be like
24  today where you can't even find labor.  So, you
25  know -- and now the labor you can find is -- is more

Jack Bittner
August 26, 2021

1  expensive.  So that's -- the longer it lasts, the less
2  likely you have to worry about future labor shortages
3  and material increases.
4          Q.  Okay.  Great.  Thank you.  Okay.  You
5  can set that big document aside.
6              Mr. Bittner, do you know who Kyle
7  Romney is?
8          A.  I do.
9          Q.  Who is he?
10         A.  Today he is a regional manager, I
11 believe, for SPI.
12         Q.  And is SPI related to an entity we've
13 seen today as FBM?
14         A.  Yeah, that's what they used to be
15 called, FBM.
16         Q.  Okay.  Do you know him personally?
17         A.  Kyle and I know each other through
18 work.  We've worked -- known each other since Kyle
19 worked at Johns Manville back in the -- I want to say
20 late '90s but probably early 2000s.  He was a sales
21 rep.
22         Q.  Okay.  So that's when you first got to
23 know him?
24         A.  Yes.
25         Q.  Do you recall when he left Johns

Jack Bittner
August 26, 2021

1	Q.	Okay.  All right.  Were Lunch and
2	Learns typically done as webinars?
3	A.	Only since COVID.
4	Q.	Okay.  So prior to that they were
5	in-person meetings?
6	A.	Yes.
7	Q.	Okay.  And you mentioned that I think
8	anyone was free to attend or participate in those
9	activities or opportunities?
10	A.	Not everyone.
11	Q.	Okay.  Who's welcome to participate?
12	A.	Customers, contractors, owners, and
13	engineers.
14	Q.	And by "customers," do you mean
15	distributors?
16	A.	Whoever -- distributors, contractors,
17	engineers.  We consider them all customers.
18	Q.	Okay.
19	A.	Because they're all involved in the use
20	of our products.
21	Q.	During your time with Johns Manville,
22	how many of these video webinars, Lunch and Learns,
23	other activities would you say you've participated in?
24	A.	I don't know.  A webinar two a year.
25	We used to do the Lunch and Learns -- I -- I didn't do

Jack Bittner
August 26, 2021

```
 1              REPORTER'S CERTIFICATE

 2   STATE OF COLORADO        )
                              ) ss.
 3   COUNTY OF JEFFERSON      )

 4           I, DEBORAH A. VANDEMARK, Registered
     Professional Reporter and Notary Public ID
 5   20054009013, State of Colorado, do hereby certify that
     previous to the commencement of the examination, the
 6   said JACK BITTNER was duly sworn or affirmed by me to
     testify to the truth in relation to the matters in
 7   controversy between the parties hereto; that the said
     deposition was taken in machine shorthand by me at the
 8   time and place aforesaid and was thereafter reduced to
     typewritten form; that the foregoing is a true
 9   transcript of the questions asked, testimony given,
     and proceedings had.
10
             I further certify that I am not employed by,
11   related to, nor counsel for any of the parties herein,
     nor otherwise interested in the outcome of this
12   litigation.

13           IN WITNESS WHEREOF, I have affixed my
     signature this 7th day of September, 2021.
14
             My commission expires March 4, 2025.
15

16   __X__  Reading and Signing was requested.

17   _____  Reading and Signing was waived.

18   _____  Reading and Signing is not required.

19

20

21
                    [signature]
22                  _____
                    Deborah A. VanDemark, RPR, CRCR
23

24

25   /
```