IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:19-cv-00872-MEH

CHASE MANUFACTURING, INC.,

        Plaintiff,

vs.

JOHNS MANVILLE CORPORATION,

        Defendant.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order [ECF 225, issued on April 26, 2022] of Magistrate Judge Michael E. Hegarty GRANTING the Defendant's Motion for Summary Judgment [ECF 193, filed February 1, 2022] which order is incorporated by reference, it is

ORDERED judgment shall be entered IN FAVOR of the Defendant Johns Manville Corporation, and, AGAINST the Plaintiff, Chase Manufacturing, Inc., on all claims for relief and causes of action asserted in this case.

Dated at Denver, Colorado, this 26th day of April 2022.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By *s/ C. Thompson*
   C. Thompson
   Deputy Clerk