IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00872-MEH

CHASE MANUFACTURING, INC., d/b/a
THERMAL PIPE SHIELDS,

        Plaintiff,

v.

JOHNS MANVILLE CORPORATION,

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Chase Manufacturing, Inc., d/b/a Thermal Pipe Shields appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this matter on April 26, 2022 (ECF 227).

DATED: May 20, 2022

    s/Alexandra Shear
BONA LAW PC
Alexandra Shear
James Lerner
287 Park Avenue South, Suite 422
New York, NY 10010
alex.shear@bonalawpc.com
james.lerner@bonalawpc.com

Luke Hasskamp
Jarod Bona
Jon Cieslak
Kristen Harris
4275 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: (858) 964-4589
luke.hasskamp@bonalawpc.com
jarod.bona@bonalawpc.com
jon.cieslak@bonalawpc.com
kristen.harris@bonalawpc.com

Counsel for Plaintiff
Chase Manufacturing, Inc.

THE GEOFFREY BLUE LAW
FIRM, LLC
Geoffrey N. Blue
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111
Telephone: (720) 647-5320
Email: gblue@gbluelaw.com

Local Counsel for Plaintiff
Chase Manufacturing, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Gregory J. Kerwin, Esq. (gkerwin@gibsondunn.com)
Allison Kostecka, Esq. (akostecka@gibsondunn.com)
Ryan Bergsieker, Esq. (rbergsieker@gibsondunn.com)
Lydia Lulkin, Esq. (llulkin@gibsondunn.com)
GIBSON, DUNN, CRUTHER LLP
1801 California Street, Suite 4200
Denver, CO 80202

                                                                             *s/ Lisa Mittwol*
                                                                             Lisa Mittwol, Senior Paralegal