UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| CHASE MANUFACTURING, INC, d/b/a THERMAL PIPE SHIELDS,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNS MANVILLE CORP.,<br><br>Defendant. | CASE NO. 1:19-CV-00872-MEH |

### PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Plaintiff TPS moves for entry of judgment under Federal Rule of Civil Procedure 58(d). TPS conferred with counsel for Defendant Johns Manville Corporation via email on May 8, 2024. Johns Manville may oppose TPS's requested relief.

A jury trial on TPS's second claim against Johns Manville—for illegal monopolization, in violation of Section 2 of the Sherman Act—began on April 22, 2024, and continued through May 3, 2024. ECF 346, 349, 350, 351, 353, 354, 356, 359, 361.

On May 3, 2024, the jury returned a verdict in TPS's favor, finding that Johns Manville's unlawful monopolization of the U.S. sale of calsil injured TPS. ECF 362. The jury awarded TPS $6,784,042.00 in damages. *Id.* The Sherman Act requires that TPS recover three times those damages. 15 U.S.C. § 15(a).

Rule 58(a) requires judgment to be set out in a separate document. Rule 58(b)(2) requires that the Court "promptly approve the form of the judgment" and "the clerk must promptly enter" it. Under Rule 58(d), TPS requests that the Court approve and the Clerk enter judgment that provides:

1

1. Judgment is entered in favor of Plaintiff TPS and against Defendant Johns Manville on TPS's monopolization claim in the amount of $20,352,126.00, which is three times the amount of the jury's award of $6,784,042.00, under the Sherman Act, 15 U.S.C. § 15(a).

2. TPS shall recover its costs and reasonable attorney's fees under the Sherman Act, 15 U.S.C. § 15(a).

3. Post-judgment interest is to be calculated pursuant to 28 U.S.C. § 1961(a) based on the weekly average one-year Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding entry of judgment.

Dated: May 9, 2024

Respectfully submitted,

*/s/ Eric Olson*
Eric Olson, Bar No. 36414
Sean Grimsley, Bar No. 36422
Kenzo Kawanabe, Bar No. 28697
Isabel Broer, Bar No. 49997
700 17th Street, Suite 1600
Denver, CO 80202
Phone: (303) 535-9155
Emails:   eolson@olsongrimsley.com
             sgrimsley@olsongrimsley.com
             kkawanabe@olsongrimsley.com
             ibroer@olsongrimsley.com