UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| CHASE MANUFACTURING, INC, d/b/a THERMAL PIPE SHIELDS,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNS MANVILLE CORP.,<br><br>Defendant. | CASE NO. 1:19-CV-00872-MEH |

**PLAINTIFF'S PROPOSED ENTRY OF JUDGMENT**

Under Federal Rule of Civil Procedure 58(a), the jury's verdict, ECF 362, and the orders entered in this case, FINAL JUDGMENT is entered.

It is ORDERED that:

1. Judgment is entered in favor of Plaintiff TPS and against Defendant Johns Manville on TPS's monopolization claim in the amount of $20,352,126.00, which is three times the amount of the jury's award of $6,784,042.00, under the Sherman Act, 15 U.S.C. § 15(a).

2. TPS shall recover its costs and reasonable attorney's fees under the Sherman Act, 15 U.S.C. § 15(a).

3. TPS shall recover post-judgment interest on the judgment under 28 U.S.C. § 1961. Post-judgment interest to be calculated pursuant to 28 U.S.C. § 1961(a) based on the weekly average one-year Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding entry of judgment.

DATED this _____ day of _____, 2024.

BY THE COURT

_____
United States Magistrate Judge