IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00872-MEH

CHASE MANUFACTURING, INC. d/b/a THERMAL PIPE SHIELDS,

    Plaintiff,

v.

JOHNS MANVILLE CORPORATION,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief United States Magistrate Judge, on May 14, 2024.**

    For good cause shown, the Court **grants in part and denies in part** Plaintiff's Motion for Entry of Judgment. ECF 379. Potential reasonable attorney's fees to the prevailing party and post-judgment interest are matters to be addressed by separate post-trial motions; the Final Judgment shall not address these issues. The Court directs the Clerk of Court to enter Final Judgment including Paragraph 1 of Plaintiff's Motion as well as the Clerk's standard language identifying the deadline for Plaintiff to submit its bill of costs pursuant to D.C.COLO.LCivR 54.1.