IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00872-MEH

CHASE MANUFACTURING, INC., d/b/a
THERMAL PIPE SHIELDS,

Plaintiff,

v.

JOHNS MANVILLE CORPORATION,

Defendant.

## DEFENDANT JOHNS MANVILLE'S NOTICE OF APPEAL

Notice is hereby given that Johns Manville Corporation, the Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on May 14, 2024, and amended on November 29, 2024, by the United States District Court for the District of Colorado in this case as a result of the following Orders:

    a.    the November 29, 2024 Order (ECF 429) denying Johns Manville's timely Renewed Motion for Judgment as a Matter of Law Under Federal Rule of Civil Procedure 50(b);

    b.    the November 29, 2024 Order (ECF 430) denying Johns Manville's timely Motion for New Trial Under Federal Rule of Civil Procedure 59, but remitting the damage award to $6,149,090.00, before trebling of damages under the Clayton Act;

    c.    the Final Judgment entered on May 14, 2024 (ECF 382) (subject to, and amended by, the Court's November 29, 2024 ruling on Johns Manville Corporation's timely post-trial motion for new trial); and

1

      d.    all orders and rulings leading up to these orders and judgments, including without limitation all orders and rulings before, during, and after the jury trial in this case held from April 22, 2024 to May 3, 2024.

Dated: December 17, 2024

Respectfully submitted,

*s/ Ryan Bergsieker*

| | |
|---|---|
| Rachel S. Brass<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111-3715<br>Telephone:  415.393.8293<br>Email:  rbrass@gibsondunn.com | Ryan Bergsieker<br>Allison K. Kostecka<br>Lydia Lulkin<br>GIBSON, DUNN & CRUTCHER LLP<br>1801 California Street, Suite 4200<br>Denver, CO  80202-2642<br>Telephone:  303.298.5700<br><br>Email:<br>rbergsieker@gibsondunn.com<br>akostecka@gibsondunn.com<br>llulkin@gibsondunn.com |

*Attorneys for Defendant Johns Manville Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, I electronically filed DEFENDANT JOHNS MANVILLE'S NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system. A copy of this document was served on all counsel of record for Plaintiff listed in the Court's ECF system.

*s/ Ryan Bergsieker*
Ryan Bergsieker